## In the Matter of Robert F. CRAVEN.

### No. 278S32.

Supreme Court of Indiana.

April 12, 1985.

### ORDER OF REINSTATEMENT

Comes now the Indiana Supreme Court Disciplinary Commission and files "Findings of Fact and Recommendation of the Indiana Supreme Court Disciplinary Commission" recommending that the Respondent's petition for reinstatement be granted.

And this Court, being duly advised, now finds that the requirements of Admission and Discipline Rule 23, Section 4, have been met and that the Commission's recommendation should be approved.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that the Petitioner, Robert F. Craven, be and he hereby is reinstated as an attorney at the Bar of this Court, effective immediately.

The Clerk of this Court is directed to forward a copy of this Order to the Indiana Supreme Court Disciplinary Commission, to the Petitioner, to the State Board of Law Examiners, and to all parties who were notified previously of Petitioner's suspension.

All Justices concur.

## In the Matter of Verne RICHARDSON.

### No. 884S306.

Supreme Court of Indiana.

April 12, 1985.

### ORDER OF SUSPENSION PENDING FINAL DETERMINATION

Comes now the Hearing Officer appointed pursuant to Admission and Discipline Rule 23, Section 11(b) and, upon a "Joint Agreement of Suspension," recommends that Verne Richardson be suspended from the practice of law until final determination of this case.

And this Court, being duly advised, now finds that the Hearing Officer's "Recommendation for Suspension Pending Prosecution" should be accepted and approved and that the Respondent should be so suspended.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that the Respondent, Verne Richardson, be and he hereby is suspended from the practice of law in this state pending a final determination by this Court in the present case.

The Clerk of this Court is directed to forward notice of this Order to the parties and their attorneys and to forward notice of this Order in accordance with the provisions of Admission and Discipline Rule 23, Section 3(d).

All Justices concur.